# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | No. 3:09-CR-0210-B |
| | § | |
| JESSE WILLIAM MCGRAW, | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and the defendant's October 29, 2012 motion for return of property is construed as a civil action seeking the return of property. The motion to suppress is denied.

**The Clerk of the Court is directed to open a new civil case**, file the motion for return of property as a civil complaint in that case, and directly assign the new case to District Judge Jane J. Boyle and Magistrate Judge Irma Carrillo Ramirez. The Clerk is also directed to file a copy of the findings, conclusions, and recommendation of the magistrate judge and the Court's order accepting the findings in the new case.

**SO ORDERED.**

November 30th, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE